Case 1:07-cv-01849-ML-LDA Document 2 Filed 07/13/2007 Page 1 of 4

TERMED, TRANSF, TRCK2

# U.S. District Court
# Eastern District of Missouri (LIVE) (St. Louis)
# CIVIL DOCKET FOR CASE #: 4:06-cv-01471-SNL

Edgar v. Davol, Inc.
Assigned to: Honorable Stephen N. Limbaugh
Cause: 28:1332 Diversity-Product Liability

Date Filed: 10/06/2006
Jury Demand: Defendant
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Timothy J. Edgar** represented by **Maurice B. Graham**
GRAY AND RITTER, P.C.
701 Market Street
Suite 800
St. Louis, MO 63101-1826
314-241-5620
Fax: 314-241-4140
Email: mgraham@grgpc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**M. Graham Dobbs**
GRAY AND RITTER, P.C.
701 Market Street
Suite 800
St. Louis, MO 63101-1826
314-241-5620
Fax: 314-241-4140
Email: mdobbs@grgpc.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.**
*a Delaware Corporation* represented by **Dennie M. Zankel**
BAKER AND STERCHI, L.L.C.
1010 Market Street
Suite 950
St. Louis, MO 63101
314-231-2925
Fax: 314-231-4857
Email: zankel@bscr-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Case 1:07-cv-01849-ML-LDA Document 2 Filed 07/13/2007 Page 2 of 4

**Kirby T. Griffis**
SPRIGGS AND HOLLINGSWORTH
1350 I Street, N.W.
Ninth Floor
Washington, DC 20005
202-898-5800
Fax: 202-682-1639
Email: kgriffis@spriggs.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Movant**

**Sonia Montiel** represented by **Edward A. Wallace**
WEXLER AND TORISEVA, LLP
One N. LaSalle Street
Suite 2000
Chicago, IL 60602
312-346-2222
Fax: 312-346-0022
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/06/2006 | 1 | NOTICE OF REMOVAL from St. Francois County Circuit Court, case number 06SF-CC00990. Filing fee $ 350.00 with receipt number S2006-177. Non-Jury Deman, filed by Davol, Inc. (Attachments: # 1 Civil Cover Sheet # 2 Original Filing Form # 3 Exhibit A # 4 Exhibit B)(KLK) (Entered: 10/06/2006) |
| 10/06/2006 | 2 | DISCLOSURE OF CORPORATION INTERESTS CERTIFICATE by Defendant Davol, Inc. (KLK) (Entered: 10/06/2006) |
| 10/06/2006 | 3 | NOTICE OF FILING NOTICE OF REMOVAL filed by Defendant Davol, Inc. Sent To: Pltff's Atty. (KLK) (Entered: 10/06/2006) |
| 10/06/2006 | | Receipt # S2007-000177 in the amount of $350.00 for CIVIL FILING FEE, CIVIL FILING FEE-PART 2, CIVIL FILING FEE-PART 3 on behalf of BAKER STERCHI COWDEN & RICE. (CSW,) (Entered: 10/09/2006) |
| 10/10/2006 | 4 | DEMAND for Trial by Jury by Defendant Davol, Inc.. (Zankel, Dennie) (Entered: 10/10/2006) |
| 10/13/2006 | 5 | ANSWER to Complaint with Jury Demand by Davol, Inc..(Zankel, Dennie) (Entered: 10/13/2006) |
| 10/16/2006 | 6 | NOTICE OF FILING NOTICE OF REMOVAL Sent To: Circuit Court of the County of St. Francios, MO Executed by State Court Clerk (ARL) (Entered: 10/17/2006) |
| 10/26/2006 | 7 | ENTRY of Appearance by M. Graham Dobbs for Plaintiff Timothy J. |

| | | |
|---|---|---|
| | | Edgar. (Dobbs, M.) (Entered: 10/26/2006) |
| 12/05/2006 | 8 | RULE 16 ORDER This case is assigned to Track: 2 (standard); Joint Scheduling Plan due by 1/4/2007; Rule 16 Conference set for 1/11/2007 11:00 AM In Chambers before Honorable Stephen N. Limbaugh; Signed by Judge Stephen N. Limbaugh on 12/05/2006;(DJO) (Entered: 12/05/2006) |
| 12/07/2006 | 9 | MOTION for Leave to Appear Pro Hac Vice Kirby T. Griffis (Filing fee $100) by Defendant Davol, Inc.. (ARL) (Entered: 12/11/2006) |
| 12/13/2006 | | Docket Text ORDER re 9 MOTION for Leave to Appear Pro Hac Vice Kirby T. Griffis (Filing fee $100) by Defendant Davol, Inc.. (ARL) filed by Davol, Inc., LEAVE GRANTED Signed by Judge Stephen N. Limbaugh on 12/13/06. (LAH, ) (Entered: 12/13/2006) |
| 12/13/2006 | | ORDER RECEIPT: (see receipt) Wed Dec 13 17:17:41 CST 2006 (LAH, ) (Entered: 12/13/2006) |
| 01/04/2007 | 10 | JOINT SCHEDULING PLAN by Plaintiff Timothy J. Edgar.. (Graham, Maurice) (Entered: 01/04/2007) |
| 01/18/2007 | 11 | CASE MANAGEMENT ORDER This case is assigned to Track: 2 (standard) Motion to Join Parties due by 2/12/2007. Discovery Completion due by 11/10/2007. Non-Dispositive Motions due by 11/21/2007. ADR Future Reference 12/1/2007. Dispositive Motions due by 12/1/2007. Jury Trial set for 3/10/2008 09:30 AM in Courtroom 3N before Honorable Stephen N. Limbaugh. Pretrial Compliance due by 2/19/2008; Signed by Judge Stephen N. Limbaugh on 01/18/2007;(DJO) (Entered: 01/18/2007) |
| 01/18/2007 | | ORDER RECEIPT: (see receipt) Thu Jan 18 11:59:47 CST 2007 (DJO, ) (Entered: 01/18/2007) |
| 01/19/2007 | 12 | Joint MOTION to Amend/Correct *CASE MANAGEMENT ORDER* by Plaintiff Timothy J. Edgar, Defendant Davol, Inc.. (Zankel, Dennie) (Entered: 01/19/2007) |
| 01/22/2007 | 13 | ORDER re 12 Motion to Amend/Correct; IT IS THEREFORE ORDERED that requests for physical or mental examinations of parties pursuant to Rule 35 Fed.R.Civ.P. will be made pursuant to rule; Signed by Judge Stephen N. Limbaugh on 01/22/2007; (DJO) (Entered: 01/22/2007) |
| 01/22/2007 | | ORDER RECEIPT: (see receipt) Mon Jan 22 16:36:59 CST 2007 (DJO, ) (Entered: 01/22/2007) |
| 01/31/2007 | 14 | Joint MOTION to Continue Trial (New Trial Setting) by Plaintiff Timothy J. Edgar. (Dobbs, M.) (Entered: 01/31/2007) |
| 02/01/2007 | | Docket Text ORDER re 14 Joint MOTION to Continue Trial (New Trial Setting) by Plaintiff Timothy J. Edgar. (Dobbs, M.) filed by Timothy J. Edgar . AT THE REQUEST OF THE PARTIES CASE RESET FOR JURY TRIAL 5/19/08; PRE-TRIAL RESPONSE IS DUE FROM THE |

| | | |
|---|---|---|
| | | NEW TRIAL DATE. Signed by Judge Stephen N. Limbaugh on 2/1/07. (ARL) (Entered: 02/01/2007) |
| 05/01/2007 | 15 | NOTICE by Movant Sonia Montiel MDL (1842) Tag-A-Long Action (ARL) (Entered: 05/02/2007) |
| 07/09/2007 | 16 | MDL TRANSFER ORDER to: District of Rhode Island. (ARL) (Entered: 07/09/2007) |
| 07/09/2007 | | ORDER RECEIPT: (see receipt) Mon Jul 9 16:24:25 CDT 2007 (ARL, ) (Entered: 07/09/2007) |
| 07/09/2007 | | ***REMARK - Case transferred electronically this date. (ARL) (Entered: 07/09/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/13/2007 13:42:34 | | | |
| **PACER Login:** | us6061 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 4:06-cv-01471-SNL |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |