FILED

OCT - 6 2006

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

TIMOTHY JAY EDGAR, )
Plaintiff, )
) 4:06CV01471SNL
v. ) Civil Action No.: ____________
)
)
DAVOL INC., a Rhode Island corporation, )
)
Defendant. )

## NOTICE OF REMOVAL

Defendant Davol Inc. ("Davol"), by its undersigned counsel, hereby removes the above-captioned matter from the Circuit Court of St. Francois County, Missouri, to the United States District Court for the Eastern District of Missouri, Eastern Division, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446. In support of removal, Davol respectfully states:

1. Plaintiff filed this action in the Circuit Court of St. Francois County, Missouri, on August 21, 2006. Davol was served on September 7, 2006.

2. As more fully set forth below, this case is properly removed to this Court pursuant to 28 U.S.C. § 1441 because Davol has satisfied the procedural requirements for removal, and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1441(a).

## I. Davol Has Satisfied the Procedural Requirements for Removal

3. Removal is timely. Davol was served with a copy of the Petition on September 7, 2006. *See* Exhibit "A" attached hereto and incorporated by reference (copy

Case 4:06-cv-01471-SNL Document 1-1 Filed 10/06/2006 Page 2 of 4

of all process, pleadings, and orders served upon, including the summons and Petition). This Notice of Removal is being filed within 30 days of the first date on which Davol received a copy of the Complaint through service, and so is timely pursuant to 28 U.S.C. § 1446(b).

4. Venue is proper. The Circuit Court of St. Francois County, Missouri is located within the Eastern District of Missouri, Eastern Division, and, therefore, venue is proper in this Court pursuant to 28 U.S.C. § 105(a)(1) because it is "the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

5. No further proceedings have been had in the state court action.

6. No previous application has been made for the relief requested herein.

7. A copy of the written notice required by 28 U.S.C. § 1446(d) is attached and incorporated by reference as Exhibit "B" and is being filed in the Circuit Court of St. Francois County, Missouri and served on Plaintiff.

## II. Removal is Proper in This Case

8. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332 because this is a civil action between citizens of different states and the amount in controversy exceeds the sum of $75,000 exclusive of costs and interest.

### A. Complete diversity exists between Plaintiff and Defendants.

9. The Petition states that the Plaintiff "is now and was at all times herein mentioned a citizen and resident of the State of Missouri." *See* Exhibit "A" ¶ 1.

10. Davol is, and has been at all relevant times, a corporation incorporated under the law of the State of Delaware, *see* Exhibit "A" ¶ 2, with its principal place of business in the State of Rhode Island. *Id.* For purposes of determining jurisdiction

pursuant to 28 U.S.C § 1332(c)(1), therefore, Davol is not a citizen of the state of Missouri.

**B. The amount in controversy requirement is satisfied.**

11. The Petition seeks damages against the Defendant for a sum in excess of the limits for federal court jurisdiction.

WHEREFORE, Davol respectfully removes this action from the Circuit Court of St. Francois County, Missouri to this Court pursuant to 28 U.S.C. § 1441.

Date: October 6, 2006

Respectfully submitted,

Kara Stubbs #43414
Dennie Michelle Zankel #51345
Baker, Sterchi, Cowden & Rice, LLC
1010 Market Street, Suite 950
St. Louis, MO 63101
(314) 231-2925
(314) 231-4857 (fax)

Of Counsel:

Kirby T. Griffis
Dana Alan Gausepohl
Spriggs & Hollingsworth
1350 I Street N.W.
Washington, DC 20005
(202) 898-5800
(202) 682-1639 (fax)

Attorneys for defendant DAVOL INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on October 6, 2006, a copy of the foregoing Notice of Removal was electronically filed with the Court. This document is available for viewing and downloading from the Court's ECF system. Service of same has been made upon the following in the manner listed below:

Maurice B. Graham, Esq.
Gray Ritter & Graham, P.C.
701 Market Street, Suite 800
St. Louis, MO 63101-1826

*via first-class, postage prepaid, and electronic notice*

Dennie Michelle Zankel