FILED

OCT - 6 2006

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO

**IN THE CIRCUIT COURT OF ST. FRANCOIS COUNTY, MISSOURI**

| | | |
|---|---|---|
| TIMOTHY JAY EDGAR, Plaintiff, | ) | Civil Action No.: 06SF-CC00990 |
| v. | ) | |
| DAVOL INC., Defendant. | ) | 06CV01471SNL |

**TO:** Maurice B. Graham, Esq.
Gray Ritter & Graham, PC
701 Market Street, Suite 800
St. Louis, Missouri 63101-1826

***Counsel for Plaintiff***

**COUNSEL:**

PLEASE TAKE NOTICE that this action has been removed to the United States District Court for the Eastern District of Missouri, Eastern Division ("District Court") by the filing of the attached Notice of Removal with the Clerk of the District Court on October 6, 2006. A copy of this notice is on file with the District Court. The Circuit Court of St. Francois County, Missouri may proceed no further unless or until this case is remanded.

Date: October 6, 2006

Respectfully submitted,

Kara Stubbs #43414
Dennie Michelle Zankel #51345
Baker, Sterchi, Cowden & Rice, LLC
1010 Market Street, Suite 950
St. Louis, MO 63101
(314) 231-2925
(314) 231-4857 (fax)

Of Counsel:

Kirby T. Griffis
Dana Alan Gausepohl
Spriggs & Hollingsworth
1350 I Street N.W.
Washington, DC 20005
(202) 898-5800
(202) 682-1639 (fax)

Attorneys for defendant DAVOL INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on October 6, 2006, a copy of the foregoing was mailed first-class, postage prepaid, upon the following:

Maurice B. Graham, Esq.
Gray Ritter & Graham, P.C.
701 Market Street, Suite 800
St. Louis, MO 63101-1826

Dennie Michelle Zankel