**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| TIMOTHY JAY EDGAR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 4:06CV01471SNL |
| | ) | |
| | ) | |
| DAVOL INC., a Rhode Island corporation, | ) | |
| | ) | |
| Defendant. | ) | |

**JURY DEMAND**

Defendant Davol Inc. ("Davol"), by its undersigned counsel, and pursuant to Federal Rule of Civil Procedure 38(b), hereby demands a trial by jury in this cause on all counts of plaintiff's Petition.

Date: October 10, 2006

Respectfully submitted,

_/s/Dennie Michelle Zankel_______

Kara Stubbs #43414
Dennie Michelle Zankel #51345
Baker, Sterchi, Cowden & Rice, LLC
1010 Market Street, Suite 950
St. Louis, MO 63101
(314) 231-2925
(314) 231-4857 (fax)

Of Counsel:

Kirby T. Griffis
Dana Alan Gausepohl
Spriggs & Hollingsworth
1350 I Street N.W.
Washington, DC 20005
(202) 898-5800
(202) 682-1639 (fax)

Attorneys for defendant DAVOL INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on October 10, 2006, a copy of the foregoing Notice of Removal was electronically filed with the Court. This document is available for viewing and downloading from the Court's ECF system. Service of same has been made upon the following in the manner listed below:

Maurice B. Graham, Esq.
Gray Ritter & Graham, P.C.
701 Market Street, Suite 800
St. Louis, MO 63101-1826

*via first-class, postage prepaid, and electronic notice*

_*/s/Dennie Michelle Zankel*________________
Dennie Michelle Zankel