**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

FILED
OCT - 6 2006
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO

| | | |
|---|---|---|
| TIMOTHY JAY EDGAR, | ) | 4 06CV01471SNL |
| Plaintiff, | ) | |
| | ) | Civil Action No.: ____________ |
| v. | ) | |
| | ) | |
| | ) | |
| DAVOL INC., a Rhode Island corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## CORPORATE DISCLOSURE STATEMENT

Davol Inc., pursuant to Fed. R. Civ. Proc. 7.1, hereby files this Corporate Disclosure Statement, and states as follows:

Davol Inc. is a wholly owned subsidiary of C.R. Bard, Inc.

Date: October 6, 2006

Respectfully submitted,

Kara Stubbs #43414
Dennie Michelle Zankel #51345
Baker, Sterchi, Cowden & Rice, LLC
1010 Market Street, Suite 950
St. Louis, MO 63101
(314) 231-2925
(314) 231-4857 (fax)

Of Counsel:

Kirby T. Griffis
Dana Alan Gausepohl
Spriggs & Hollingsworth
1350 I Street N.W.
Washington, DC 20005
(202) 898-5800
(202) 682-1639 (fax)

Attorneys for defendant DAVOL INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on October 6, 2006, a copy of the foregoing was electronically filed with the Court. This document is available for viewing and downloading from the Court's ECF system. Service of same has been made upon the following in the manner listed below:

Maurice B. Graham, Esq.
Gray Ritter & Graham, P.C.
701 Market Street, Suite 800
St. Louis, MO 63101-1826

*via first-class, postage prepaid, and electronic notice*

Dennie Michelle Zankel